IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **REUEL CYR,**<br><br>　　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**UNUM LIFE INSURANCE COMPANY OF AMERICA,**<br><br>　　　　　　　　**Defendant.** | **Case No. 6:25-cv-00027-BMM**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

204842691.v1

Upon the parties' Stipulation for Dismissal with Prejudice and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is **dismissed with prejudice**. Each party shall bear its own attorneys' fees and costs.

DATED this 9th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Courts

2